# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

v.

MICHAEL A. ZIERATH,

    Respondent.

Case No. 18-MC-69-JPS

**ORDER**

On February 26, 2019, Petitioner filed a notice of voluntary dismissal of this action. (Docket #7). As Respondent has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Petitioner's notice of dismissal (Docket #7) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge